# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Southern Division

| | |
|---|---|
| NAMONEH KANDE | * |
| Plaintiff, | * |
| v. | *   Case No.: GJH-18-2306 |
| DIMENSIONS HEALTH CORPORATION, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that:

1. Defendants' Motion for Summary Judgment, ECF No. 68, is **DENIED** as to Count I, and **GRANTED** as to Count II;

2. Plaintiff's Motion for Leave to File Excess Pages in Opposition to Summary Judgment, ECF No. 69, is **GRANTED**;

3. The parties are directed to call chambers to schedule a status call.

Dated: December 2, 2020                            /s/
                                                  GEORGE J. HAZEL
                                                  United States District Judge