## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| **NAMONEH KANDE** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 8:18-cv-2306 |
| | ) |
| **DIMENSIONS HEALTH** | ) |
| **CORPORATION et al.** | ) |
| Defendants**.** | ) |
| | ) |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel that the above-captioned action is voluntarily dismissed with prejudice with

respect to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date:  April 7, 2021                          Respectfully Submitted,


 /s/_____          /s/_____
Sundeep Hora (M.D. Bar No. 28208)          Kraig B. Long (Fed. Bar No. 25747)
Savanna Shuntich (PHV Bar No. 810603)          klong@milesstockbridge.com
ALDERMAN, DEVORSETZ & HORA PLLC          Lindsay Sfekas (Fed. Bar No. 19893)
1025 Connecticut Ave., NW          lsfekas@milesstockbridge.com
Suite 615          MILES &STOCKBRIDGE P.C.
Washington, D.C. 20036          100 Light Street
Tel. 202.969.8220          Baltimore, Maryland 21202
Fax 202.969.8224          Tel: (410) 727-6464
E-mail: shora@adhlawfirm.com          Fax: (410) 385-3700
E-mail: sshuntich@adhlawfirm.com

**COUNSEL FOR PLAINTIFF**          **COUNSEL FOR DEFENDANTS**
**NAMONEH KANDE**